RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Ignacio Aguilar-Miranda

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO AGUILAR-MIRANDA,<br><br>Defendant. | Case No. 2:06-cr-322-RCJ-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sylvia A. Irvin, Assistant Federal Public Defender, counsel for Ignacio Aguilar-Miranda, that the Revocation Hearing currently scheduled on Friday, January 18, 2019, at 10:00 am, be vacated and continued to Monday, February 11, 2019, at 10:00 am.

This Stipulation is entered into for the following reasons:

1. On January 11, 2019, Mr. Aguilar-Miranda made his initial appearance on a Petition alleging violations of supervised release. ECF No. 42.

2. Mr. Aguilar-Miranda was detained pending the revocation hearing. ECF No. 45.

3. The violations alleged in the Petition stem from a 2008 state arrest for which counsel does not have the documents to confirm how the case was resolved. Because the pending charges are serious and defense counsel has not determined their status, defense counsel requests more time to investigate the charges and to review them with Mr. Aguilar-Miranda.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of January, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Sylvia A. Irvin*<br>By_____<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO AGUILAR-MIRANDA,<br><br>Defendant. | Case No. 2:06-cr-322-RCJ-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for Friday, January 18, 2019, at 10:00 a.m., be vacated and continued to Monday, February 11, 2019 at 10:00 am.

DATED this 17TH day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

3